AO 442 (Rev. 01/09) Arrest Warrant

9775194

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

DECORDRE CHILES

*Defendant*

Case No. 1:22-cr-43
Assign to: Judge Emmet G. Sullivan
Date: 2/2/2022
Description: INDICTMENT (B)
Case Related to 20-cr-107 (EGS)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **DECORDRE CHILES**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Date: 02/02/2022

*Issuing officer's signature*: Robin M. Meriweather

City and state:   Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4 Feb 22 , and the person was arrested on *(date)* 4 Feb 22
at *(city and state)* Washington, DC .

Date: 4 Feb 22

Receiving Arresting officer's signature

Daniel G. Dalton DUSM
*Printed name and title*